ORANGE COUNTY TRUST COMPANY, Plaintiff, *v.* MERCHANTS ACCEPTANCE CORPORATION, Respondent, and MIDDLETOWN AUTO DISTRIBUTORS, INC., Defendant and Third-Party Plaintiff. JAMES H. WILCOX et al., Doing Business as WILCOX USED CARS, Third-Party Defendants-Appellants.

Submitted March 3, 1952; decided March 13, 1952.

*Mark N. Turner* for motion.

*Mandeville, Buck, Teeter* and *Harpending* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that, as to third-party defendants Wilcox, the judgment does not finally determine the action within the meaning of the Constitution.